In the Matter of RUBY P. DAVIS, Respondent, against PATRICK WALSH, Fire Commissioner of the City of New York, et al., Comprising the Board of Trustees of the City of New York Fire Department Pension Fund, Defendants, and MARY HERGENROTHER, Intervener, Appellant.

Submitted February 23, 1943; decided March 4, 1943.

*Adelbert W. Bailey* for motion to dismiss appeal and in opposition to cross-motion.

*Leonard Lazarus* in opposition to motion to dismiss appeal and for cross-motion.

Motion to dismiss appeal denied.

Motion for certificate that a constitutional question is directly involved on the appeal granted, and it is so ordered.

CARMELA AMMIRATI et al., as Administratrices of the Estate of JOHN DURSO, Deceased, Respondents, *v.* SUBURBAN FUEL OIL SERVICE, INC., et al., Appellants, et al., Defendants.

Submitted February 23, 1943; decided March 4, 1943.

Motion for reargument denied with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 733.)